

ORDERED in the Southern District of Florida on March 9, 2023.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No.  23-11115-LMI
        Chapter  13

Winniefred Delores Ramsay

_____ /

## ORDER GRANTING DEBTOR'S MOTION
## FOR CONTINUATION OF AUTOMATIC STAY

This case came before the Court this 7th day of March, 2023 at 9:00 a.m. on the above-styled debtor's Motion for Continuation of Automatic Stay (the "Motion'). Based on the record, it is

**ORDERED AND ADJUGED**

1. The Motion is **GRANTED.**

2. The automatic stay provided by 11 U.S.C. 362 (a) is continued as to all creditors.

3. All payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection and in trust for priority and administrative creditors.

# # #

Submitted by:

Jordan E. Bublick
Attorney for Debtor
1801 N.E. 123rd St., Suite 314
P.O. Box 545941
N. Miami, FL 33154
Telephone: (305) 891-405
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

Copies furnished to:

(Atty. Bublick is directed to serve a copy of this order on all interested parties upon receipt of this order. Parties listed on the NEF will be served electronically.)